# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD A. HINDS,            No. 2:12-cv-2948-CMK-P

     Petitioner,

  vs.                                    ORDER

UNITED STATES OF AMERICA, et al.,

     Respondents.

_____/

        Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c).

        On April 11, 2014, the court directed petitioner to submit either a completed application for leave to proceed in forma pauperis or the full filing fee for this action within 30 days.  Petitioner was  warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.  To date, petitioner has failed to comply.

/ / /

1         On April 21, 2014, mail directed to petitioner was returned by the United States Postal Service as undeliverable.  Pursuant to Eastern District of California Local Rule 183(b), any party appearing pro se must file and serve a notice of change of address within 63 days of mail being returned.  To date, more than 63 days have elapsed since mail was returned and petitioner has not notified the court of a change of address.

        Petitioner shall therefore show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to resolve the fee status for this case and failure to keep the court apprised of his current address.  Petitioner is warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

        IT IS SO ORDERED.


 DATED:  August 14, 2014

                                              _____
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE